454 A.2d 170

In The Interest of Wiley.

Appeal of York County Children and Youth Services.

Appeal of Jan M. Wiley and Joan Wiley.
Petition for Allowance of Appeal
Denied March 14, 1983.

Submitted September 15, 1982. S. Stanley Rebert, for appellants (at Nos. 22 & 44), and for participating party (at No. 55); Maria P. Cognetti, for appellant (at No. 55) and for participating parties (at Nos. 24 & 44);

Ronald Perry, for Jon David Wiley, appellee (at Nos. 44 & 55).

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Orders affirmed.